# Supreme Court of Florida

_____

No. SC13-2315
_____

**LARRY CHARLES WILLIAMS,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[January 29, 2015]

PER CURIAM.

Larry Charles Williams seeks review of the decision of the Fourth District Court of Appeal in Williams v. State, 127 So. 3d 643 (Fla. 4th DCA 2013), on the assertion that it expressly and directly conflicts with the Second District Court of Appeal's decision in Shackelford v. State, 579 So. 2d 306 (Fla. 2d DCA 1991), and the First District Court of Appeal's decision in Stanton v. State, 576 So. 2d 925 (Fla. 1st DCA 1991), on a question of law.

We initially granted the petition for review. However, after reviewing the limited record in this case, and conducting oral argument, we have determined that review was improvidently granted. Thus, we discharge jurisdiction of this cause.

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal - Direct Conflict of Decisions

Fourth District - Case No. 4D12-2964

(St. Lucie County)

Carey Haughwout, Public Defender, and Ellen Anne Griffin, Assistant Public Defender, Fifteenth Judicial Circuit, West Palm Beach, Florida,

for Petitioner

Pamela Jo Bondi, Attorney General, Tallahassee, Florida, Consiglia Terenzio, Bureau Chief, and Mitchell Alan Egber, Assistant Attorney General, West Palm Beach, Florida,

for Respondent